IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEANINE INGRAM, individually and on Behalf of All other Persons Similarly Situated, : : : Plaintiffs, : v. : COACH USA, INS. and ORANGE, NEWARK, : ELIZABETH BUS, INC. : : Defendants. : : | Civil Action 06-3425(KSH) |

## AFFIDAVIT OF SETH R. LESSER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

SETH R. LESSER, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at the Locks Law Firm, PLLC. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Brian Bromberg as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New Jersey, and was admitted to practice law in December, 1988. I am also admitted to the bar of the United States District Court for the Southern District of New Jersey, and am in good standing with this Court.

3. I have known Brian Bromberg since at least the past five years in a variety of contexts, including as co-counsel in cases and through work in professional organization and otherwise.

4. I have found Mr. Bromberg to be a skilled attorney and a person of singular integrity. He is experienced in litigation practice, including federal practice and is familiar

with the Federal Rules of Procedure. His abilities and experience will aid in the prosecution of this matter.

    6.    Accordingly, I am pleased to move the admission of Brian Bromberg, *pro hac vice*.

    WHEREFORE, it is respectfully requested that the motion to admit Brian Bromberg, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Respectfully submitted,

Dated: February 15, 2007

SETH R. LESSER